IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RUSSELL MALONEY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5700

Opinion filed October 8, 2015.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Nancy A. Daniels, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Lauren L. Gonzalez, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Appellant, Russell Maloney, appeals his judgment and sentence and argues that the trial court erred in denying his motion to suppress. We affirm as to that issue without further discussion. We remand the case back to the trial court,

however, for entry of a corrected judgment in light of the trial court's oral ruling on Appellant's motion to correct sentence. The State concedes that remand is appropriate in this case.

AFFIRMED and REMANDED.

LEWIS, MAKAR, and WINOKUR, JJ., CONCUR.